PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Abdul Price                                   Cr.: 12-00199-001
                                                                PACTS #: 61528

Name of Sentencing Judicial       THE HONORABLE CLAIRE C. CECCHI
Officer:
                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/11/2012

Original Offense: 18 U.S.C. § 922 (g) (1); Felon in Possession of a Firearm

Original Sentence: 85 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release           Date Supervision Commenced: 09/12/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   Failure to refrain from using illegal substances.

                    On September 11, 2018, the offender tested positive for amphetamine,
                    methamphetamine and marijuana. On November 14, 2018, the offender tested
                    positive for amphetamine, .methamphetamine and marijuana.

U.S. Probation Officer Action:

The offender was referred to outpatient drug treatment at the Bridge, in Irvington. We will notify Your Honor of any additional noncompliance. We recommend no action to be taken at this time.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 12/10/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by Probation)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

12/20/18
Date